AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| The City of Auburn | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 19-cv-03800 |
| Purdue Pharma L.P., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Express Scripts Holding Company and Express Scripts, Inc.

Date: 07/12/2019

/s/ Steven G. Kobre
*Attorney's signature*

Steven G. Kobre (SK6310)
*Printed name and bar number*
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

*Address*

steven.kobre@kobrekim.com
*E-mail address*

(212) 488-1202
*Telephone number*

(212) 488-1220
*FAX number*