IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

THE CITY OF AUBURN,

           Plaintiff,

vs.

PURDUE PHARMA, L.P., et al.,

           Defendant.

---

Civil Action No.: 2:19-CV-03800-JMA-SIL

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Paul F. Keneally, Esq., with the law firm of Underberg & Kessler LLP, admitted to the Bar of this Court, hereby enters his appearance as counsel for Defendant, PRIME THERAPEUTICS LLC, in this action.

Dated: August 7, 2019

           Respectfully submitted,

           __*s/Paul F. Keneally*__
           Paul F. Keneally, Esq.
           UNDERBERG & KESSLER LLP
           300 Bausch & Lomb Place
           Rochester, New York 14604
           Email: pkeneally@underbergkessler.com

           *Attorneys for Defendant,*
           *PRIME THERAPEUTICS LLC*